UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRONTIE O'NEAL,

                        Plaintiff,                          **REPORT AND**
                                                                              **RECOMMENDATION**
                                                                              CV 16-4318 (GRB)(ARL)

                -against-

WARDEN CHARLES EWALD, et al.,

                        Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court, on referral from District Judge Brown, is the motion of the *pro se* plaintiff, Brontie O'Neal ("O'Neal"), seeking to hold counsel for the defendants in contempt for failing to provide him with any "photos or photographs," which he alleges the defendants were ordered to produce in March 2017. Specifically, when he was assigned to the case as a Magistrate Judge, Judge Brown ordered the defendant Suffolk County to provide O'Neal with any responsive photographs and video footage within its custody and control as well as any incident reports concerning O'Neal. By letter dated April 1, 2020, counsel for the defendants advises that in November 2019, the defendants informed Judge Brown that the videos were sent to O'Neal on November 15, 2019 at 790 Park Avenue, Huntington, New York, the address he had on file with the Court at the time. In addition, counsel advises that there are no photos. Accordingly, the undersigned respectfully recommends that the motion to hold counsel for the defendants in contempt is denied. The Court further recommends that O'Neal advise Ms. Zwilling if he is in receipt of the videos sent to him in November 2019. If O'Neal did not receive the videos, the undersigned recommends that counsel for the defendants be directed to provide O'Neal with another copy.

      A copy of this Report and Recommendation is being electronically served by the Court on the defendants. A copy of the order will be mailed to the plaintiff at his last know address. Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a courtesy copy to the undersigned within 14 days. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P 72; *Mejia v. Roma Cleaning, Inc.,* No. 17-3446, 2018 U.S. App. LEXIS 28235, 2018 WL 4847199, at *1 (2d Cir. Oct. 5, 2018) ("Plaintiff has waived any objections to the Magistrate's finding" by failing to timely object); *Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C.,* 596 F.3d 84, 92 (2d Cir. 2010); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997).

Dated: Central Islip, New York
         April 2, 2020

                                                                               _____/s/_____
                                                                               ARLENE ROSARIO LINDSAY
                                                                               United States Magistrate Judge